UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GUILLERMO MACEDA,

                              Plaintiff,

- against -

TIFFANY & CO., INC.,

                             Defendant.

11 Civ. 2732
(WFK) (JO)

## STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF GUILLERMO MACEDA'S CLAIMS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that all of plaintiff Guillermo Maceda's claims in the Complaint and the Amended Complaint in the above-referenced action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their or its own costs and attorneys' fees. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 12, 2012

Dated: July 9, 2012

THE LAW OFFICE OF STEVEN
A. MORELLI, P.C.

By: _____
    Joshua Beldner (JB-2182)

1461 Franklin Avenue
Garden City, New York 11530
(516) 393-9151

*Attorneys for Plaintiff*

NIXON PEABODY LLP

By: _____
    Jessica Chiclacos (JG-2534)

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
(516) 832-7500

*Attorneys for Defendant Tiffany and Company*

14014689.3

SO ORDERED:

_____
William F. Kuntz, II, U.S.D.J.